IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DION ANDERSON,

    Petitioner,               No. CIV S-06-0429 LKK DAD P

    vs.

MIKE EVANS, et al.,

    Respondents.           <u>ORDER</u>

_____/

        This petition for writ of habeas corpus was dismissed on September 14, 2007. On January 14, 2008, petitioner filed a motion for the appointment of counsel. The request will be denied. Petitioner should direct future motions to the U.S. Court of Appeals for the Ninth Circuit since he has filed an appeal in this matter.

        Accordingly, IT IS HEREBY ORDERED that petitioner's January 14, 2008 motion for appointment of counsel is denied.

DATED: February 19, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ande0429.110